# FILED

03/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0510

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 19-0510

| | |
|---|---|
| JAMES REAVIS,<br><br>Plaintiff/Appellant,<br><br>v.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY d/b/a FEDLOAN SERVICING,<br><br>Defendant/Appellee. | **ORDER GRANTING APPELLANT'S SECOND _UNOPPOSED_ MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |

The Appellant in this matter has moved this Court for an extension of time in which to file his Reply Brief. Defendant having no objection to this motion and finding good cause therefore,

IT IS ORDERED that Appellant's Reply Brief in this matter is now due on or before April 10, 2020.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 20 2020